DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Fax: (415) 436-6748
    Email: david.devito@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | CASE NO. 3:20-cv-06893 VC<br><br>**NOTICE OF SUBSTITUTION** |

    PLEASE TAKE NOTICE THAT representation of the United States in this case has been reassigned to Assistant United States Attorney David M. DeVito. Please direct all notices, pleadings, and correspondence to AUSA David M. DeVito's attention at the above-captioned address. Please remove Assistant United States Attorney J. Wesley Samples from the service list.

DATED:  December 14, 2020                    Respectfully submitted,
                                             DAVID L. ANDERSON

                                             United States Attorney
                                              /s/ *David M. DeVito*
                                             David M. DeVito
                                             Assistant United States Attorney
                                             Attorneys for the Defendant