UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　Defendant. | Case No. 20-cv-06893-VC<br><br>**ORDER RE UPCOMING CMC**<br><br>Re: Dkt. No. 25 |

At the upcoming case management conference, the parties should be prepared to discuss why the Court should not dismiss the case without prejudice in light of the production schedule they've agreed to.

**IT IS SO ORDERED.**

Dated: February 24, 2021

_____

VINCE CHHABRIA
United States District Judge