UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Case No. 20-cv-6893-VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PRODUCTION SCHEDULE AND REQUEST TO VACATE CURRENT DEADLINES AND COURT APPEARANCES |

Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders as follows:

1. EPA will produce records responsive to EcoRights' Freedom of Information Act request, which forms the basis of this lawsuit, on the following schedule:

    - April 8, 2021 (interim production of records)
    - June 15, 2021 (interim production of records)
    - August 6, 2021 (interim production of records)
    - September 7, 2021 (final production of records)

2. Upon completion of production, EPA will provide EcoRights with a final determination;

3. By November 5, 2021, the Parties will file a joint status report informing the Court whether any issues remain to be litigated and will propose a briefing schedule for resolving those issues, if any;

4. All pending deadlines and court appearances, including the February 24, 2021 joint status report and the May 3, 2021 case management conference, are vacated.

The parties may not alter the deadline for the final production of records without Court approval.

DATED: March 10, 2021   _____
The Honorable Vince Chhabria

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria