Christopher Sproul (State Bar No. 126398)
Stuart Wilcox (Cal. Bar No. 327726)
Brian Orion (Cal. Bar No. 239460)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone:  (415) 533-3376
Facsimile:  (415) 358-5695
Email:  csproul@enviroadvocates.com
Email: wilcox@enviroadvocates.com
Email: borion@enviroadvocates.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>              Defendant. | Civil Case No. 3:20-cv-6893<br><br>**JOINT STATUS REPORT** |

Defendant United States Environmental Protection Agency ("EPA") and Plaintiff Ecological Rights Foundation ("Plaintiff") (collectively "the Parties"), by and through their counsel, hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") action.

Following the Parties' November 5, 2021 Joint Status Report, Dkt. 30, EPA made a discretionary release of additional records on November 23, 2021. Thereafter, the Parties engaged in additional meet and confer efforts, which further narrowed, but did not eliminate, the outstanding issues.

Plaintiff has provided EPA with a list identifying the specific records that remain in dispute at present. At issue are (i) fifty-five (55) records withheld in part under Exemption 5; (ii) one (1) record withheld in part under Exemption 6; and (iii) forty-four (44) records withheld in their entirety under Exemption 5. At this juncture, the Parties agree that summary judgment practice is necessary to resolve these disputed issues.

Accordingly, the Parties stipulate to the following briefing schedule for the filing of cross-motions for summary judgment:

| EPA's motion for summary judgment and *Vaughn* index | January 28, 2022 |
| --- | --- |
| Plaintiff's cross-motion and opposition | March 9, 2022 |
| EPA's reply and opposition to cross-motion | March 30, 2022 |
| Plaintiff's reply | April 20, 2022 |

The Parties respectfully request that the Court enter the briefing schedule set forth above and schedule a hearing date as early as possible following the completion of briefing, as convenient for the Court.

DATED: December 15, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ David M. DeVito*\*
DAVID M. DEVITO
Assistant United States Attorney


DATED: December 15, 2021

Respectfully submitted,

*/s/ Stuart Wilcox*
STUART WILCOX
Counsel for Ecological Rights Foundation


*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*