UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No. 20-cv-06893-VC<br><br>**ORDER RE BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 31 |

The parties' proposed briefing schedule is granted. The hearing on the cross-motions for summary judgment is scheduled for May 5, 2022.

**IT IS SO ORDERED.**

Dated: December 27, 2021

VINCE CHHABRIA
United States District Judge